In the Matter of the Estate of ELIZABETH TROTT, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

EARL J. BLOOMFIELD, Respondent, v. FRANK NEFF, Appellant.— Motion granted and appeal dismissed.

EUGENIA WEX, Appellant, v. INTERNATIONAL RAILWAY COMPANY and Others, Respondents.— Motion granted and appeal dismissed, with costs.

In the Matter of the Intermediate Judicial Settlement of the Accounts of WILLIAM J. DAETSCH and Another, as Executors, etc., of WILLIAM FREY, Deceased.— Motion granted and appeal dismissed, with costs.

OTIS W. KENYON, Respondent, v. CARL H. REYNOLDS and Others, Defendants. JOSEPH C. ROBIN, Appellant.— Motion for stay pending appeal granted. Respondent may move to vacate the stay in case the appeal is, through the fault of the appellant, not argued at the January, 1921, term.

GEORGE P. HAWLEY, as Executor, etc., Respondent, v. FRANK E. RANDOLPH, Appellant.— Motion for reargument denied, with ten dollars costs.

EUGENE HAKE, Appellant, v. KELLY ISLAND LIME AND TRANSPORT COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WILLETT G. WOODWORTH, Respondent, v. RICE BROTHERS COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Construction of the Last Will and Testament of OSCAR W. BUMP, Deceased.— Motion granted bringing in Helen Althea Arnold, Jane Aleine Arnold and Bernard Elmer Arnold as parties to the proceeding and the appeal in place and stead of Helen J. Arnold, deceased. John C. Wheeler, of Corning, is appointed special guardian of the infant Jane Aleine Arnold.

---

## FIRST DEPARTMENT, DECEMBER, 1920.

GEORGE J. LUCKHARDT, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Appeal — motion for permission to appeal to Court of Appeals — when denied.*

Motion for leave to appeal to the Court of Appeals from a judgment of this court unanimously affirming a judgment of the Supreme Court, New York county, entered upon the verdict of a jury. (See 193 App. Div. 948.)

PER CURIAM: This is a motion by the corporation counsel for permission to appeal to the Court of Appeals. This court considered that the evidence of the neglect of the employees of the city to promptly cut off the water, after the break in the main, was amply sufficient to sustain the verdict of the jury, irrespective of any question of negligence that might be chargeable to the city because of the original break. The motion is, therefore, denied.

Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Motion denied.